IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DERRICK LAWAYNE DANIELS, #259419, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:23-CV-532-RAH-CSC ) |
| DR. WATSON, | ) ) |
| Defendant. | ) ) |

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on February 21, 2024. (Doc. 13.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 15th day of March 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE